IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY AND PMA MANAGEMENT CORP.<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>ESHAI CORPORATION, dba COURIER DISTRIBUTON SYSTEMS, LLC AND COURIER DISTRIBUTION SYSTEMS, LLC, et al.<br>　　　　　Defendants. | : : : : : : : : : : : : : | CIVIL ACTION<br>No. 21-1892 |

## ORDER

This 3rd day of May, 2022, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Summary Judgment (ECF 19) is **GRANTED.** Defendants are ordered to pay Plaintiffs in the amount of $8,169.919.01 on Count I and $447,315.73 on Count II.

2. Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (ECF 35) is **DENIED,** without prejudice to resubmission, following further discovery relevant to whether Plaintiffs can meet the stringent standard for piercing the corporate veil.

3. All factual discovery shall be completed by **July 27, 2022.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　United States District Judge