IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA MANUFACTURER'S** : <br> **ASSOCIATION INSURANCE COMPANY** : <br> **and PMA MANAGEMENT CORP.** : <br> : <br> **v.** : <br> : <br> **ESHAI CORPORATION,** *dba* **COURIER** : <br> **DISTRIBUTION SYSTEMS, LLC;** : <br> **COURIER DISTRIBUTION SYSTEMS, LLC;** : <br> **USMAN ESHAI A/K/A UTHMAN ESHAI,** : <br> **INDIVIDUALLY AND AS A MEMBER** : <br> **OF ESHAI CORPORATION,** *dba* **COURIER** : <br> **DISTRIBUTION SYSTEMS, LLC; ALI** : <br> **ESHAI, INDIVIDUALLY AND AS A** : <br> **MEMBER OF ESHAI CORPORATION,** : <br> *dba* **COURIER DISTRIBUTION SYSTEMS,** : <br> **LLC; and NAJEEB ESHA, INDIVIDUALLY** : <br> **AND AS A MEMBER OF ESHAI** : <br> **CORPORATION,** *dba* **COURIER** : <br> **DISTRIBUTION SYSTEMS, LLC.** : | **CIVIL ACTION NO. 21-1892** |

## ORDER

This 9th day of December, 2022, it is hereby **ORDERED** that:

1) Plaintiffs' Second Motion to Compel Compliance with Subpoena (ECF 49) is **DENIED** as to all documents that the non-party Wilson Lewis has already produced, and to the extent Plaintiff seeks to use the motion to expand the scope of the subpoena.[1] Such denial

---

[1] As listed in Schedule "A" of the January 18 subpoena, it requested Wilson Lewis to produce the "[c]omplete [t]ax returns for 2016-2020, inclusive"; "[a]ll supporting documentation, including but not limited to all electronic documentation and/or electronic records and any other forms of communications, utilized or relied upon in the preparation of the tax returns for Eshai Corporation 2016-2020, inclusive"; and "[a]ll Quick Books data, including but not limited to all Quick Books electronic information, for Eshai Corp. 2016-2020, inclusive." ECF 49-1 at 4. Necessarily, the January 18 subpoena does not entitle Plaintiffs to the production of documents or information that fall outside of those three categories.

is without prejudice to Plaintiffs supplementing the record and specifically identifying any deficits in the response.[2]

2) Plaintiffs' Motion for Extension of Time to Complete Discovery (ECF 50) is **GRANTED**, and the deadline for factual discovery is **EXTENDED** to February 9, 2023.

/s/ Gerald Austin McHugh<br>United States District Judge

---

[2] Plaintiffs are admonished to take greater care with their future filings before this Court, including by ensuring that any motion is accompanied by a proposed order and brief in support as required by Local Rule of Civil Procedure 7.1, ensuring that any Certificate of Service accurately states the parties served, and ensuring that any motions precisely and accurately convey the issues in dispute.