**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PENNSYLVANIA MANUFACTURERS'** | : | |
| **ASSOCIATION INSURANCE COMPANY,** | : | |
| **ET AL.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-1892** |
| | : | |
| **ESHAI CORPORATION, ET AL.** | : | |

## <u>ORDER</u>

This 24th day of February, 2025, it is hereby **ORDERED** that Defendants' Motion for

Reconsideration (ECF 82) is **DENIED**.  Ali Eshai and Najeeb Eshai shall remain as parties to this

action.  With respect to the March 12 hearing, Ali Eshai shall appear in-person.  Najeeb Eshai may

appear and testify virtually.


<u>  /s/ Gerald Austin McHugh  </u>
United States District Judge