# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA MANUFACTURERS'** | : | |
| **ASSOCIATION INSURANCE** | : | |
| **COMPANY**, *et al.* | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-1892** |
| | : | |
| **ESHAI CORPORATION**, *et al.* | : | |

## **ORDER**

This 5th day of August, 2025, in final resolution of all motions previously filed relevant to execution on the Summary Judgment previously rendered in Plaintiffs' favor, ECF 38, for the reasons set forth in the accompanying memorandum, the Court concludes as a matter of law that Plaintiffs have not met the stringent standard for piercing the corporate veil and reaching the personal assets of the shareholders of Eshai Corporation.

The Clerk of Court is requested to mark this case closed for administrative purposes.

                                                                                   /s/ Gerald Austin McHugh
                                                                             United States District Judge